TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00077-CR

Donald Malarcher, Jr., Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 463,045, HONORABLE FRED A. MOORE, JUDGE PRESIDING

PER CURIAM

Appellant moves to dismiss this appeal. See Tex. R. App. P. 42.2(a). The motion is
granted. The appeal is dismissed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: April 24, 1998

Do Not Publish